IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BARRY HENDERSON              :
                                      :
     v.                         :     CIVIL NO. CCB-14-1708
                                      :     Criminal No. CCB-07-0497
UNITED STATES OF AMERICA     :
                                ...o0o...

## <u>MEMORANDUM and ORDER</u>

Federal prison inmate Barry Henderson filed a motion to vacate in May 2014 under 28 U.S.C. § 2255 seeking a sentence reduction under *Descamps v. United States*, 133 S. Ct. 2276 (2013). This is his third motion, and he has not obtained leave to file a successive petition from the Fourth Circuit. Accordingly, this court has no jurisdiction to grant the relief he seeks. Nor does it appear he would be entitled to relief under either *Descamps¸ Whiteside v. United States,* 775 F.3d 180 (4th Cir. 2014), or *Johnson v. United States*, 135 S. Ct. 2551 (2015), because he is a career offender based on prior qualifying drug convictions.

It is therefore **ORDERED** that:

1. the motion to vacate (ECF No. 53) is **Dismissed** for lack of jurisdiction;

2. no certificate of appealability will issue;

3. the Clerk shall **CLOSE** Civil Case No. CCB-14-1708; and

4. the Clerk shall SEND a copy of this opinion to Barry Henderson and government counsel.


<u>December 23, 2016</u>                         <u>            /S/               </u>
Date                                          Catherine C. Blake
                                            United States District Judge